

• NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

August 28, 2023

**Via CM/ECF**
The Honorable Analisa Torres
United States District Court
Southern District of New York

RE:   *Wahab v. Fannie May Confections Brand, Inc.*
        Case No.: 1:23-cv-05536-AT

Dear Judge Torres:

    Plaintiff submits this letter to extend the time for Plaintiff, Angela Wahab, and Defendant, Fannie May Confections Brand, Inc. ("the Parties") to submit their jointly proposed Case Management Plan and Scheduling Order, as well as their letter advising the Court if they consent to the jurisdiction of the Magistrate Judge until September 28, 2023.

    Earlier today, Your Honor graciously extended Defendant's time to file its Answer until September 28, 2023. We ask that the time to file the above joint submissions be likewise extended to give the Parties time to potentially resolve this matter through direct negotiations.

    We thank the Court for its kind consideration and courtesies.

Respectfully Submitted,

*/s/ Mark Rozenberg*
By:  Mark Rozenberg, Esq.

GRANTED.

SO ORDERED.

Dated: August 29, 2023
        New York, New York

ANALISA TORRES
United States District Judge